IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON VANBUREN,** | : | CIVIL ACTION NO. 1:23-CV-971 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN SAGE,** | : | |
| Respondent | : | |

### ORDER

AND NOW, this 31st day of July, 2024, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED. (Doc. 1).

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania